# EXHIBIT E



**Follow Form Excess Policy**

Baptist Health Care Corporation

HPX-00016-17-00

04/15/2017 - 04/15/2018

# U.S. TREASURY DEPARTMENT'S OFFICE OF FOREIGN ASSETS CONTROL ("OFAC")
# ADVISORY NOTICE TO POLICYHOLDERS

No coverage is provided by this Notice nor can it be construed to replace any provisions of your policy.  You should read your policy and review your Declarations for complete information on the coverages you are provided.

This Notice provides information concerning possible impact on your insurance coverage due to directives issued by OFAC.  **Please read this Notice carefully.**

The Office of Foreign Assets Control (OFAC) administers and enforces sanctions policy based on Presidential declarations of "national emergency."  OFAC has identified and listed numerous:

- Foreign agents;
- Front organizations;
- Terrorists;
- Terrorist organizations; and
- Narcotics traffickers;

as "Specially Designated Nationals and Blocked Persons."  This list can be located on the United States Treasury's web site – https://www.treasury.gov/ofac

In accordance with OFAC regulations, if it is determined that you or any other insured, or any person or entity claiming the benefits of this insurance has violated U.S. sanctions law or is a Specially Designated National and Blocked Person, as identified by OFAC, this insurance will be considered a blocked or frozen contract and all provisions of this insurance are immediately subject to OFAC. When an insurance policy is considered to be such a blocked or frozen contract, no payments nor premium refunds may be made without authorization from OFAC. Other limitations on the premiums and payments also apply.



| | |
|---|---|
| | Underwritten by TDC Specialty Insurance Company<br>1050 K Street, Suite 400<br>Washington, DC 20001<br>Servicing Address: 29 Mill Street<br>Unionville, CT 06085 |

# DECLARATIONS

## FOLLOW FORM EXCESS POLICY

**PORTIONS OF THIS POLICY APPLY ONLY TO CLAIMS FIRST MADE AGAINST THE INSURED AND REPORTED TO US DURING THE POLICY PERIOD.  DEFENSE COSTS ARE PART OF AND NOT IN ADDITION TO THE LIMITS OF LIABILITY.  *PLEASE READ THIS POLICY CAREFULLY.***

**Policy Number:** HPX-00016-17-00

| ITEM 1. | **INSURED**<br>Name and Principal Address:<br><br>Baptist Health Care Corporation<br>1000 West Moreno Street<br>Pensacola, FL 32522 | ITEM 2. | **POLICY PERIOD:**<br><br>(a) Inception Date    04/15/2017<br>(b) Expiration Date   04/15/2018<br>Both dates at 12:01 a.m. at the Principal Address in ITEM 1 |
|---|---|---|---|

| ITEM 3. | **LIMITS OF LIABILITY** | |
|---|---|---|
| | (A) Each **claim** Limit of Liability | $10,000,000 |
| | (B) Policy Aggregate Limit of Liability | $10,000,000 |

| ITEM 4. | **UNDERLYING INSURANCE**<br><br>See Endorsement No. 1 – Schedule of Underlying Insurance |
|---|---|

| ITEM 5. | **PREMIUM: $47,500** | |
|---|---|---|
| | __ *Gross Premium:* | We will pay a percentage of the Premium shown above as brokerage commission. Consult your broker for information concerning commission. |
| | X *Net Premium:* | The premium shown above is net, and we will pay no brokerage commission of any kind thereon. |

| ITEM 6. | ALL NOTICES REQUIRED TO BE GIVEN TO US UNDER SECTION V. REPORTING OF CLAIMS AND CIRCUMSTANCES OF THIS POLICY MUST BE ADDRESSED TO:<br><br>Mari Spina<br>TDC Specialty Underwriters, Inc.<br>NoticeOfLoss@TDCSpecialty.com<br><br>**ALL OTHER NOTICES REQUIRED TO BE GIVEN TO US UNDER THIS POLICY MUST BE ADDRESSED TO:**<br><br>TDC Specialty Underwriters, Inc.<br>29 Mill Street, Suite 1.6<br>Unionville, CT 06085 |
|---|---|

ITEM 7.    **POLICY FORM AND ENDORSEMENTS ATTACHED AT ISSUANCE:**

       HXF-000001-08-16
       HXE-000010-09-16
       HXE-000006-08-16
       HXE-000012-09-16
       HXE-000021-01-17

These Declarations, the completed signed Application, and the Policy (together with any and all endorsements thereto) shall constitute the entire agreement between **us** and the **insured(s)**.

**TDC Specialty Insurance Company**
By:

*[signature: W.A ...]*

_____          07/12/2017
Its Authorized Representative                                              Date:



| Underwritten by TDC Specialty Insurance Company |
| 1050 K Street, Suite 400 |
| Washington, DC 20001 |
| Servicing Address: 29 Mill Street |
| Unionville, CT 06085 |

# FOLLOW FORM EXCESS POLICY

**PORTIONS OF THIS POLICY APPLY ONLY TO CLAIMS FIRST MADE AGAINST THE INSURED AND REPORTED TO US DURING THE POLICY PERIOD OR, SOLELY IF APPLICABLE, ANY EXTENSION PERIOD FOR REPORTING CLAIMS. DEFENSE COSTS ARE PART OF AND NOT IN ADDITION TO THE LIMITS OF LIABILITY. DEFENSE COSTS WILL REDUCE AND MAY EXHAUST COMPLETELY THE LIMIT OF LIABILITY. PLEASE READ THE ENTIRE POLICY CAREFULLY.**

In consideration of the payment of the premium, and in reliance upon all statements made and information furnished to **us** and to any issuer of the **underlying insurance**, and subject to all of the terms and conditions of this Policy (including all endorsements attached hereto), **we** and the **insured** agree as follows:

I.   **INSURING AGREEMENT**

**We** will pay on behalf of the **insured**, up to the applicable Limit of Liability shown in ITEM 3 of the Declarations, any loss, damages, judgments, settlements, and defense costs in excess of the total limits of liability for all applicable **underlying insurance** which an **insured** is legally obligated to pay as result of a covered **claim**; provided, that:

(A)   such **underlying insurance** also applies and has been exhausted by actual payment thereunder, or would apply but for the exhaustion of the total limits of liability thereunder;

(B)   this Policy will apply in conformance with, and will follow the form of, the terms and conditions of the **primary policy** (including all endorsements thereto), and to the extent coverage is further limited or restricted by any other **underlying insurance**, of such **underlying insurance**, except:

(1)   with respect to any provision to the contrary in this Policy;

(2)   the applicable limits of liability of such **underlying insurance** shall be deemed to be reduced or exhausted solely as a result of payments for loss, damages, judgments, settlements, or defense costs that are covered under this Policy;

(3)   the coverage provided by this Policy shall not be broader than any **underlying insurance** unless expressly provided in this Policy; and

(4)   in all events, in the event that this Policy provides insurance excess of professional liability, the coverage afforded hereunder with respect to such professional liability coverage shall be deemed to apply on a claims-made and reported basis, regardless of whether the **primary policy** provides such coverage on a claims-made or occurrence basis;

(C)   **we** will not have any obligation to make any payment hereunder unless and until the full amount of the total limits of liability of such **underlying insurance** has been paid by the issuer(s) of such **underlying insurance**, an **insured** or by another

        party on behalf, or for the benefit, of the **insured** or the issuer(s) of such **underlying insurance**; and

   (D)    **our** obligation to pay loss, damages, judgments, settlements, and defense costs as a result of a covered **claim** after the date of exhaustion of the full amount of the total limits of liability of such **underlying insurance** shall be excess of any applicable deductible or retention under the **underlying insurance**.

## II.   DEFINITIONS

   (A)    **Claim** shall have the meaning ascribed to it (or similar term) in the applicable **underlying insurance**.

   (B)    **Insured** means any person or entity included within the definition of "Insured" (or similar term) in the applicable **underlying insurance**.

   (C)    **Policy period** means the period of time from the Inception Date of this Policy stated in ITEM 2(a) of the Declarations to the Expiration Date of this Policy stated in ITEM 2(b) of the Declarations, or to any earlier cancellation or termination date of this Policy.

   (D)    **Primary policy** means the policy scheduled as such in ITEM 4(A) of the Declarations.

   (E)    **Underlying insurance** means the **primary policy** and all insurance policies, bonds, self-insurance programs, trust agreements, or other risk transfer arrangements scheduled in ITEM 4 of the Declarations, and all renewals or replacements thereof.

   (F)    **We, us** and **our** means the Underwriting Company as set forth in the Declarations.

## III.   UNDERLYING INSURANCE

   (A)    As long as this Policy is in effect, all **underlying insurance** must: (1) continuously be kept in full force and effect; (2) provide no less coverage than provided by all of the insurance policies, bonds, self-insurance programs, trust agreements, or other risk transfer arrangements scheduled in ITEM 4 of the Declarations; (3) provide no lower limits of liability than those scheduled in ITEM 4 of the Declarations (except to the extent such limits are reduced or exhausted due to the payment of covered **claims** under such **underlying insurance**); and (4) be available and collectible. If the **underlying insurance** fails to meet any such criteria in (1) through (4) above, then **we** shall not be liable under this Policy earlier or to any greater extent than **we** would have been if such **underlying insurance** was still in full force and effect, contained its original provisions, had the original scheduled limits of liability, and was fully available and collectible.

   (B)    No amendment or modification to any **underlying insurance** shall be binding upon **us** or effective in changing the terms and conditions of, or extending the coverage or limits of liability afforded by, this Policy without **our** express written agreement. The **insured** shall provide **us** with: (1) prompt notice of any payment of any **claim** under any **underlying insurance**; (2) any cancellation, termination, or non-renewal of any **underlying insurance**; or (3) any change in or modification of any **underlying insurance** by endorsement or otherwise. This Policy shall automatically be rescinded upon the rescission of any **underlying insurance**.

(C) If any **underlying insurance** (including any endorsement(s) attached thereto) contains an insuring agreement or a grant of coverage with a limit of liability of a lesser amount than the applicable "Each Claim" limit of liability scheduled in ITEM 4 of the Declarations, then this Policy will not follow form of, and shall not apply to, such insuring agreement or grant of coverage, and no payment made under such insuring agreement or grant of coverage shall reduce or exhaust the applicable limits of liability of such **underlying insurance**.

IV. **LIMITS OF LIABILITY AND EXHAUSTION OF LIMITS**

(A) **Each Claim Limit of Liability**. The amount stated in ITEM 3(A) of the Declarations shall be **our** maximum Limit of Liability for all loss, damages, judgments, settlements and defense costs from each **claim** for which this Policy provides coverage. This Limit of Liability shall be part of, and not in addition to, the Policy Aggregate Limit of Liability stated in ITEM 3(B) of the Declarations.

(B) **Policy Aggregate Limit of Liability**. The amount stated in ITEM 3(B) of the Declarations shall be **our** maximum aggregate Limit of Liability for all loss, damages, judgments, settlements and defense costs from all **claims** for which this Policy provides coverage.

(C) Defense costs are part of, and not in addition to **our** applicable Limits of Liability, and **our** payment of defense costs will reduce, and may exhaust, this Policy's applicable Limits of Liability.

(D) **We** will have no obligation to pay any loss, damages, judgments, settlements, or defense costs after the Policy Aggregate Limit of Liability stated in ITEM 3(B) of the Declarations has been exhausted by payments under this Policy. If the Policy Aggregate Limit of Liability is exhausted by payments under this Policy, the premium will be fully earned, all of **our** obligations under this Policy will be completed fulfilled and exhausted, and **we** will have no further obligations of any type, nature, or kind under this Policy.

V. **REPORTING OF CLAIMS AND CIRCUMSTANCES**

As a condition precedent to any right to coverage under this Policy, the **insured** must comply with the following:

(A) the **insured** must provide **us** with written notice of any **claim** as soon as practicable, and in any event within the time period set forth by the **primary policy** with respect to notice of **claims**;

(B) the **insured** must provide **us** with written notice of any claim, loss, act, error, omission, circumstance, or other matter with respect to which notice has been provided under any **underlying insurance**; and

(C) if, during the **policy period**, the **insured** first becomes aware of any facts or circumstances that might subsequently give rise to a **claim** and the **insured** exercises any right under the **underlying insurance** to report such facts or circumstances, then the **insured** must also report such facts or circumstances to **us** as soon as practicable but in any event before the Expiration Date or earlier cancellation or termination of this Policy. Any covered **claim** subsequently made against the **insured** arising out of such facts or circumstances (and for which written notice is given to **us** as soon as practicable thereafter) shall be treated as if it had been first made and reported to **us** during the **policy period**, provided that

the applicable **underlying insurance** is also treating such **claim** as if it had been first made and reported during the **policy period**.

## VI. CANCELLATION AND NON-RENEWAL

(A) The **insured** may cancel this Policy at any time by delivering by hand delivery or overnight mail service or by mailing registered, certified, or other first-class mail, written notice stating when thereafter, and prior to the Expiration Date of this Policy, such cancellation is to be effective.

(B) **We** shall cancel this Policy only in accordance with the terms and conditions of the **primary policy**.

(C) If this Policy is cancelled by the **insured**, **we** shall refund any unearned premium computed at the customary short rate table and procedure. Under all other circumstances, any unearned premium shall be computed pro rata.

(D) **We** will not be required to renew this Policy upon its expiration.

## VII. OTHER TERMS AND CONDITIONS

(A) With respect to any **claim** that is reasonably likely to involve the coverage afforded by this Policy, the **insured** shall not settle such **claim**, or incur any expense, make any payment, admit any liability, or assume any obligation with respect to such **claim**, without **our** prior written consent.

(B) **We** have the right to associate in the defense, investigation, or settlement of any **claim**, even if the limits of liability of the **underlying insurance** have not been exhausted. If **we** elect to associate in the defense, investigation, or settlement of a **claim**, the **insured** will cooperate with **us** and provide **us** with all information **we** reasonably request.

(C) In the event of any payment under this Policy, **we** shall be subrogated to the extent of any payment to all of the **insured's** rights of recovery. The **insured** must do everything necessary to secure these rights, including but not limited to executing all documents necessary to secure such rights. The **insured** shall do nothing that may prejudice **our** position or potential or actual rights of recovery. The obligations of the **insured** under this provision shall survive the expiration or termination of this Policy.

(D) The person or entity first named in ITEM 1 of the Declarations will act on behalf of all **insureds** with respect to: the giving and receiving of any notices and other communications under this Policy; the payment of premiums to, and receiving of return premiums from, **us**; and the receiving and acceptance of any endorsements issued to form a part of this Policy.

(E) The **insured** represents that the particulars and statements contained in the application submitted in connection with this Policy or with any **underlying insurance** are true, accurate and complete, and agree that: (1) this Policy is issued and continued in force by **us** in reliance on the truth of that representation; (2) those particulars and statements are the basis of this Policy; and (3) such application and those particulars and statements are incorporated into and form a part of this Policy.

**In Witness Whereof, we have caused this Policy to be executed by our authorized officers**.



**Underwritten by TDC Specialty Insurance Company**
**1050 K Street, Suite 400**
**Washington, DC 20001**
**Servicing Address: 29 Mill Street**
**Unionville, CT 06085**

ENDORSEMENT NO. 1
SCHEDULE OF UNDERLYING INSURANCE ENDORSEMENT

This Endorsement, effective at 12:01 a.m. on 04/15/2017, forms part of

    Policy Number:    HPX-00016-17-00
    Issued to:    Baptist Health Care Corporation
    Issued by:    TDC Specialty Insurance Company

In consideration of the premium charged, ITEM 4 of the Declarations is amended to read in its entirety as follows:

ITEM 4.    **UNDERLYING INSURANCE**

(A) **Primary Policy:**

| Insurer: | Coverage: | Policy Number: | Policy Period: | Limits of Liability: | Deductible or Retention: |
|---|---|---|---|---|---|
| **Tower 1** | | | | | |
| SIR | Professional, General, & Employee Benefits Liability | Not Applicable | 04/15/2017 – 04/15/2018 | Not Applicable | $3,000,000 Each Claim Limit of Liability $9,000,000 Aggregate Limit of Liability (Inclusive of $1,000,000/ $3,000,000 Per Physician) |
| Buffer SIR | Professional, General, & Employee Benefits Liability | Not Applicable | 04/15/2017 – 04/15/2018 | Not Applicable | $2,000,000 Each Claim Limit of Liability $2,000,000 Aggregate Limit of Liability |
| **Tower 2** | | | | | |
| (Baptist Medical Park): Homeland Insurance Company of New York | Professional Liability | MFL-004640-0417 | 04/15/2017 – 04/15/2018 | $1,000,000 Each Claim Limit of Liability $3,000,000 Aggregate Limit of Liability | $0 |
| (Baptist Medical Park): Homeland Insurance Company of New York | General Liability | MFL-004640-0417 | 04/15/2017 – 04/15/2018 | $1,000,000 Each Claim Limit of Liability $3,000,000 Aggregate Limit of Liability | $0 |

HXE-000010-09-16                 Page 1 of 3

| | | | | | |
|---|---|---|---|---|---|
| (Andrews Institute): TDC Specialty Insurance Company | Professional Liability | MFP-00084-17-00 | 04/15/2017 – 04/15/2018 | $2,000,000 Each Claim Limit of Liability $4,000,000 Aggregate Limit of Liability | $0 |
| (Andrews Institute): TDC Specialty Insurance Company | General Liability | MFP-00084-17-00 | 04/15/2017 – 04/15/2018 | $2,000,000 Each Claim Limit of Liability $4,000,000 Aggregate Limit of Liability | $0 |
| (Andrews Institute): TDC Specialty Insurance Company | Employee Benefits Liability | MFP-00084-17-00 | 04/15/2017 – 04/15/2018 | $1,000,000 Each Claim Limit of Liability $3,000,000 Aggregate Limit of Liability | $0 |
| (Lakeview): Capitol Specialty Insurance Company | Professional Liability | HS20152144-03 | 04/15/2017 – 04/15/2018 | $2,000,000 Each Claim Limit of Liability $4,000,000 Aggregate Limit of Liability | $0 |
| (Lakeview): Capitol Specialty Insurance Company | General Liability | HS20152144-03 | 04/15/2017 – 04/15/2018 | $2,000,000 Each Claim Limit of Liability $4,000,000 Aggregate Limit of Liability | $0 |
| (Lakeview): Capitol Specialty Insurance Company | Employee Benefits Liability | HS20152144-03 | 04/15/2017 – 04/15/2018 | $1,000,000 Each Claim Limit of Liability $1,000,000 Aggregate Limit of Liability | $0 |
| (Lakeview): Capitol Specialty Insurance Company | Sexual Misconduct Liability | HS20152144-03 | 04/15/2017 – 04/15/2018 | $2,000,000 Each Employee $2,000,000 Aggregate | Not Applicable |
| (Baptist Health Corporation): Safety National | Employer's Liability | SP 4056228 | 01/01/2017 – 01/01/2019 | $2,000,000 Each Accident $2,000,000 Policy Limit $2,000,000 Each Employee | Not Applicable |

HXE-000010-09-16                    Page 2 of 3

| | | | | | |
|---|---|---|---|---|---|
| Casualty Corporation | | | | | |
| (Langhorne Cardiology): Healthcare Workers' Compensation Self-Insurance Fund | Employer's Liability | 000341 007 | 01/01/2017 – 01/01/2018 | $1,000,000 Each Accident $1,000,000 Policy Limit $1,000,000 Each Employee | Not Applicable |
| (Lakeview): Trumbull Insurance Company | Employer's Liability | 21 WN S36500 | 04/15/2017 – 04/15/2018 | $1,000,000 Each Accident $1,000,000 Each Employee $1,000,000 Policy Limit | Not Applicable |
| (Lakeview): Hartford Fire Insurance Company | Automobile Liability | 21 CSE S36501 | 04/15/2017 – 04/15/2018 | $2,000,000 Combined Single Limit | Not Applicable |
| (Baptist Health Corporation): Starr Indemnity & Liability Company | Helipad Liability | 1000231620-01 | 04/15/2017 – 04/15/2018 | $10,000,000 Per Occurrence | Not Applicable |
| (Baptist Health Corporation): Starr Indemnity & Liability Company | Hired/Non-Owned Aviation | 1000231621-01 | 04/15/2017 – 04/15/2018 | $10,000,000 Per Occurrence | Not Applicable |

(B) **Underlying Insurance:**

| Insurer: | Coverage: | Policy Number: | Policy Period: | Limits of Liability: | Deductible or Retention: |
|---|---|---|---|---|---|
| Endurance American Specialty Insurance Company | Excess Liability | HLC10006856902 | 04/15/2017 – 04/15/2018 | $15,000,000 Each Claim Limit of Liability $15,000,000 Aggregate Limit of Liability | $50,000 |

All other terms, conditions and limitations of this Policy shall remain unchanged.

HXE-000010-09-16                    Page 3 of 3



Underwritten by TDC Specialty Insurance Company
1050 K Street, Suite 400
Washington, DC 20001
**Servicing Address: 29 Mill Street**
**Unionville, CT 06085**

ENDORSEMENT NO. 2
CAP ON LOSSES FROM CERTIFIED ACTS OF TERRORISM ENDORSEMENT

This Endorsement, effective at 12:01 a.m. on 04/15/2017, forms part of

    Policy Number:    HPX-00016-17-00
    Issued to:    Baptist Health Care Corporation
    Issued by:    TDC Specialty Insurance Company

In consideration of the premium charged:

(1) If aggregate insured losses attributable to **certified acts of terrorism** (as defined below) exceed $100 billion in a calendar year and **we** have met our insurer deductible under the Terrorism Risk Insurance Act ("the Act"), **we** shall not be liable for the payment of any portion of such losses that exceeds $100 billion, and in such case insured losses up to that amount are subject to pro-rata allocation in accordance with procedures established by the Secretary of the Treasury.

(2) Notwithstanding paragraph (1) above, it is understood and agreed that in the event there is no coverage for losses attributable to **certified acts of terrorism** under any **underlying insurance** due to an exclusion in such **underlying insurance**, then no coverage is available under this Policy for any **claim** based upon, arising out of, directly or indirectly resulting from, in consequence of, or in any way involving any **certified act of terrorism**.

(3) For purposes of this endorsement, the following term shall have the meaning set forth below and Section II DEFINITIONS of this Policy shall be deemed amended to include such term:

    "**Certified act of terrorism**" means an act that is certified by the Secretary of the Treasury, in accordance with the provisions of the Act, to be an act of terrorism pursuant to the Act. The criteria contained in the Act for a "certified act of terrorism" include the following:

    (a)    the act resulted in insured losses in excess of $5,000,000 in the aggregate, attributable to all types of insurance subject to the Act; and

    (b)    the act is a violent act or an act that is dangerous to human life, property or infrastructure and is committed by an individual or individuals, as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States Government by coercion.

All other terms, conditions and limitations of this Policy shall remain unchanged.

HXE-000006-08-16    Page 1 of 1



**Underwritten by TDC Specialty Insurance Company**
**1050 K Street, Suite 400**
**Washington, DC 20001**
**Servicing Address: 29 Mill Street**
**Unionville, CT 06085**

ENDORSEMENT NO. 3
SERVICE OF SUIT ENDORSEMENT

This Endorsement, effective at 12:01 a.m. on 04/15/2017, forms part of

    Policy Number:    HPX-00016-17-00
    Issued to:    Baptist Health Care Corporation
    Issued by:    TDC Specialty Insurance Company

In consideration of the premium charged, pursuant to any statute of any state, territory or district of the United States which makes provision therefor, **we** hereby designate the Superintendent, Commissioner or Director of Insurance or other officer specified for that purpose by statute, as its true and lawful attorney upon whom may be served any lawful process in any action, suit or proceeding instituted by or on behalf of the **insured**, or any beneficiary hereunder, arising out of this contract of insurance.

All other terms, conditions and limitations of this Policy shall remain unchanged.

HXE-000012-09-16             Page 1 of 1



| | |
|---|---|
| | **Underwritten by TDC Specialty Insurance Company**<br>**1050 K Street, Suite 400**<br>**Washington, DC 20001**<br>**Servicing Address: 29 Mill Street**<br>**Unionville, CT 06085** |

ENDORSEMENT NO. 4
FOLLOW FORM OF SPECIFIC ENDORSEMENT OF SPECIFIC UNDERLYING INSURANCE ENDORSEMENT

This Endorsement, effective at 12:01 a.m. on 04/15/2017, forms part of

    Policy Number:    HPX-00016-17-00
    Issued to:    Baptist Health Care Corporation
    Issued by:    TDC Specialty Insurance Company

In consideration of the premium charged, it is understood and agreed that this Policy will apply in conformance with, and will follow the form of, the following endorsement(s) to the following **underlying insurance**:

| Underlying Endorsement Name: | Endorsement Number: | Underlying Insurance Policy: | Underlying Insurance Policy Number: |
|---|---|---|---|
| Renewal Agreement Endorsement | Endorsement No. 5 – Limit and Premium per TDC Specialty Dec Page | Endurance American Specialty Insurance Company | HLC10006856902 |

All other terms, conditions and limitations of this Policy shall remain unchanged.